DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACQUELINE ACEVEDO,**
Appellant,

v.

**EXOTIC CAR LEASING, LLC,**
Appellee.

No. 4D2024-3074

[December 11, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE21-021128.

Andre A. Rouviere of Law Offices of Andre A. Rouviere, Coral Gables, for appellant.

Aaron M. Cohn of Weinberg Wheeler Hudgins Gunn & Dial, LLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

\*         \*         \*

***Not final until disposition of timely-filed motion for rehearing.***